[No. 6889-3-II. Division Two. May 15, 1985.]

MICHAEL LEE WRIGHT, ET AL, *Respondents,* v.
LEO KENNEDY REALTY AND INSURANCE,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 82-2-00120-2, Don L. McCulloch, J., entered February 10, 1983. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.

[No. 7010-3-II. Division Two. May 15, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ROCKY
GAYLE HURLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 82-1-00018-1, Milton R. Cox, J., entered January 27, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 6475-8-II. Division Two. May 15, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
M. PUTMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 81-1-00284-0, Gerry L. Alexander, J., entered June 16, 1982. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.